# EXHIBIT A

Form **8871** (Rev. July 2003)
Department of the Treasury
Internal Revenue Service

# Political Organization
# Notice of Section 527 Status

OMB No. 1545-1693

## Part I — General Information

**1 Name of organization**
POSC PAC

**Employer identification number**
92 - 1706849

**2 Mailing address (P.O. box or number, street, and room or suite number)**
14497 Potomac Mills Rd #1158

**City or town, state, and ZIP code**
Woodbridge, VA  22192

**3 Check applicable box:**   ✓ Initial notice   ☐ Amended notice   ☐ Final notice

**4a Date established**
01/12/2023

**4b Date of material change**
01/12/2023

**5 E-mail address of organization**
info@policecommittee.org

**6a Name of custodian of records**
Al Nizick

**6b Custodian's address**
14497 Potomac Mills Rd #1158
Woodbridge, VA  22192

**7a Name of contact person**
Al Nizick

**7b Contact person's address**
14497 Potomac Mills Rd #1158
Woodbridge, VA  22192

**8 Business address of organization (if different from mailing address shown above). Number, street, and room or suite number**
14497 Potomac Mills Rd #1158

**City or town, state, and ZIP code**
Woodbridge, VA  22192

**9a Election authority**
NONE

**9b Election authority identification number**

## Part II — Notification of Claim of Exemption From Filing Certain Forms (see instructions)

**10a** Is this organization claiming exemption from filing Form 8872, Political Organization Report of Contributions and Expenditures, as a qualified state or local political organization?   Yes ☐   No ✓

**10b** If 'Yes,' list the state where the organization files reports:

**11** Is this organization claiming exemption from filing Form 990 (or 990-EZ), Return of Organization Exempt from Income Tax, as a caucus or associations of state or local officials?   Yes ☐   No ✓

### Part III    Purpose

**12  Describe the purpose of the organization**

To advocate for the collective needs of our nation's law enforcement officers by informing voters of these needs and asking them to take action through various forms of media including direct mail & telemarketing campaigns. We will be accepting contributions and making expenditures for political activity as described in Section 527 of the Internal Revenue Code through our Police Officers Support Committee initiative

**Part IV**    **List of All Related Entities** (see instructions)

13 Check if the organization has no related entities ............................................................................................................ ✓

| 14a Name of related entity | 14b Relationship | 14c Address |
|---|---|---|
| | | |

**Part V**    **List of All Officers, Directors, and Highly Compensated Employees** (see instructions)

| 15a Name | 15b Title | 15c Address |
|---|---|---|
| Al Nizick | Treasurer | 14497 Potomac Mills Rd #1158<br>Woodbridge, VA 22192 |

Under penalties of perjury, I declare that the organization named in Part I is to be treated as a tax-exempt organization described in section 527 of the Internal Revenue Code, and that I have examined this notice, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that I am the official authorized to sign this report, and I am signing by entering my name below.

**Sign Here** ▶

Al Nizick

Name of authorized official

▶ 01/12/2023

Date