UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

CHRISTOPHER LACCINOLE
*Plaintiff*

Vs.                                    C.A. No.: 4:23-CV-02272-SL

ALBERT JOSEPH NIZICK JR,
&
POSC PAC d/b/a POLICE OFFICERS
SUPPORT COMMITTEE,
&
DOES 1-10, inclusive
*Defendants*

United States Courts
Southern District of Texas
FILED

AUG 2 5 2023

Nathan Ochsner, Clerk of Court

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff gives notice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), that this action is dismissed without prejudice.

The Plaintiff,
Christopher Laccinole

Christopher M. Laccinole
14356 N. Summerchase Cir.
Willis, TX 77318
chrislaccinole@gmail.com
401.783.0762

## CERTIFICATE OF SERVICE

Plaintiff certifies that on August 25, 2023, he mailed a copy of this notice via First Class Mail to Defense Counsel Robert Bernhoft at 1402 E. Cesar Chavez St., Austin, TX 78702.

/s/ *Christopher M. Laccinole*
Christopher M. Laccinole

1